Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff*,
TAMARA WILLIAMS

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA a/k/a TAMARA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>LARISSA GABRIELSON d/b/a LADI SKIN SD and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. '23CV1401 H    WVG<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff TAMARA WAREKA a/k/a TAMARA WILLIAMS, by and through her undersigned counsel, brings this Complaint against Defendants LARISSA GABRIELSON d/b/a LADI SKIN SD and DOES 1 through 10, inclusive, and alleges as follows:

**NATURE OF THE ACTION**

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

**PARTIES**

2. Plaintiff Tamara Williams ("Williams") is an individual and a professional photographer.

3. Upon information and belief, Defendant Larissa Gabrielson ("Gabrielson") is an individual residing and/or transacting business in the State of

1

California under the trade name of "LADI Skin SD" ("LADI Skin") with a business location at 1550 Front St. #19, San Diego, California 92101.

4. The true names and capacities of Defendants Does 1 through 10, inclusive, are presently unknown to Plaintiff, and for that reason, sues them by such fictitious names. Plaintiff is informed and believes that each of the fictitiously-named defendants is responsible in some capacity for the occurrences herein alleged, and on that basis, believes damages as herein alleged were proximately caused by the conduct of Does 1 through 10, inclusive. Plaintiff will seek to amend this complaint when the true names and capacities of Does 1 through 10, inclusive, are ascertained.

5. For the purposes of this Complaint, unless otherwise indicated, "Defendant" and "Defendants" include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyrights).

7. This court has personal jurisdiction over Defendant because Defendant has a physical presence in the State of California and/or Defendant transacts business in the State of California.

8. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(c) and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claim occurred, and/or this civil action arises under the Copyright Act of the United States, and Defendant resides in or can be found in this judicial district.

## FACTUAL ALLEGATIONS

### *Plaintiff Tamara Williams*

9. Tamara Williams ("Williams") is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most

2

well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed over 580,000 followers.

10. Williams' work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more.

11. Williams is the author and sole rights holder to a photograph of close-up beauty-portrait shot of model Sohni Ahmed holding pink roses next to her cheek ("Williams Photograph").

12. Attached hereto as Exhibit A is a true and correct copy of the Williams Photograph.

13. Williams registered the Williams Photograph with the United States Copyright Office under registrations VA 2-116-917 with an Effective Date of Registration of August 23, 2018.

### *Defendant Larissa Gabrielson d/b/a LADI Skin SD*

14. Upon information and belief, Gabrielson is a professional esthetician and the owner and operator of LADI Skin.

15. Upon information and belief Gabrielson controls and manages the website https://ladiskinsd.com/ ("LADI Skin Website")

16. According to the LADI Website, LADI Skin is a holistic, luxurious spa specializing in specialty facial treatments, waxing services, and eyelash treatments and also offers its high-quality lotions and oils for purchase.

17. LADI Skin maintains an Instagram page under the handle @ladiskinsd and can be found at https://www.instagram.com/ladiskinsd/ ("LADI Skin Instagram Page").

18. The LADI Skin Instagram Page contains an active hyperlink ("LADI Skin Hyperlink") which will take the user to another webpage that provides additional links to book an appointment, visit the LADI Skin Website, and purchase

LADI Skin gift cards ("LADI Skin Hyperlink Page) and can be found at https://linkin.bio/ladiskinsd.

19. Attached as Exhibit B is a true and correct screenshot of the LADI Skin Instagram Page including the access location of the LADI Skin Hyperlink.

20. The LADI Skin Hyperlink Page provides the user with the option to click on an area entitled "My Website" which contains an active embedded link that takes users to the LADI Skin Website.

21. Attached as Exhibit C is a true and correct screenshot of the LADI Skin Hyperlink Page including the area entitled "My Website."

22. At all relevant times, the LADI Skin Website and the LADI Skin Instagram Page were readily accessible to the general public throughout California, the United States, and the world.

23. At all relevant times, Gabrielson had the ability to supervise and control all content on the LADI Skin Website and the LADI Skin Instagram Page.

24. Upon information and belief, Gabrielson and LADI Skin generate content on the LADI Skin Website and the LADI Skin Instagram Page for commercial purposes to attract user traffic to LADI Skin, market and promote LADI Skin's services, and increase the customer base and revenue for the company.

25. Upon information and belief, Gabrielson has a direct financial interest in the content and activities of the LADI Skin Website and LADI Skin Instagram Account.

### *Defendant Larissa Gabrielson d/b/a LADI Skin's Unauthorized Use of the Williams Photograph and Infringing Conduct*

26. On or about February 18, 2023, Williams discovered her Williams Photograph being used by LADI Skin on the LADI Skin Instagram Page in a post proclaiming "YOU DESERVE TO FEEL BEAUTIFUL!" with the directive "Take advantage of our Uncover, Expose, and Renew @priorskincare Peel that's on special this month" ("Post").

27. Attached hereto as Exhibit D is a true and correct screenshot of the

4

Williams Photograph as used in the Post on the LADI Skin Instagram Page.

28. Williams is informed and believes that the purpose of the use of the Williams Photograph in the Post on the LADI Skin Instagram Page was to provide high-quality and aesthetically pleasing content on the LADI Skin Instagram Page congruent with Gabrielson and LADI Skin's marketing goals to entice users to book an appointment for services with Gabrielson and LADI Skin.

29. Williams does not have a record of the Williams Photograph being licensed to Defendant nor did Williams grant Defendant permission or authorization to use, make a copy, or publicly display the Williams Photographs on the LADI Skin Instagram Page.

30. Williams is informed and believes Defendant (including her employees, agents, contractors or others over whom she has responsibility and control) created an unauthorized copy of the Williams Photograph and caused it to be uploaded to and displayed on the LADI Skin Instagram Page.

31. Williams is informed and believes Defendant (including her employees, agents, contractors or others over whom she has responsibility and control) used, displayed, published, and otherwise held out to the public Williams' original and unique Williams Photograph in order to acquire a direct financial benefit, through revenue from the sales of LADI Skin's services, from the use of the Williams Photograph.

32. Williams is informed and believes and thereon alleges that Defendant willfully infringed upon her rights in her copyrighted Williams Photograph in violation of Title 17 of the U.S. Code because, *inter alia,* Defendant knew, or should have known, she did not have a legitimate license to use the Williams Photograph.

33. After discovering the unauthorized use of the Williams Photograph, Williams, through her agent, sent cease and desist correspondence to LADI Skin and communicated with LADI Skin through its counsel around March 2023 who advised that his client denied any and all allegations, and if Williams thought she had a

complaint, to file it.

34.  Williams, through counsel, sent email correspondence and left voicemails for LADI Skin's counsel around May 2023 in an attempt to resolve this matter, but LADI Skin's counsel did not respond to the correspondence or voicemails.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. § 101 *et seq.*

35.  Williams incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

36.  Williams owns a valid copyright in the Williams Photograph.

37.  Williams registered the Williams Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

38.  Defendant (including her employees, agents, contractors or others over whom she has responsibility and control) copied and displayed Williams' unique and original Williams Photograph without Williams' consent or authorization in violation of 17 U.S.C. § 501.

39.  Defendant willfully infringed upon Williams' rights in her copyrighted Williams Photograph in violation of Title 17 of the U.S. Code because, *inter alia,* Defendant knew, or should have known, she did not have a legitimate license to use the Williams Photograph.

40.  As a result of Defendant's violations of Title 17 of the U.S. Code, Williams is entitled to any actual damages and profits attributable to the infringement, pursuant to 17 U.S.C. §504(b), or at Williams' election, statutory damages, including willful infringement, in an amount up to $150,000.00 for each infringement, pursuant to 17 U.S.C. § 504(c).

41.  As a result of Defendant's violations of Title 17 of the U.S. Code, the Court in its discretion may allow the recovery of full costs from Defendant as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

42.  Williams is also entitled to injunctive relief to prevent or restrain

infringement of her copyrights pursuant to 17 U.S.C. § 502.

## PRAYER FOR RELIEF

**WHEREFORE**, Williams prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Williams' copyright interest in the Williams Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504(b) in an amount to be proven or, in the alternative, and at Plaintiff's election, an award for statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(c);

- For costs of litigation and reasonable attorney's fees pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendant from further infringement of all of Williams' copyrighted works pursuant to 17 U.S.C. § 502;

- For pre judgment and post judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.

Dated: August 1, 2023                                   Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff, Tamara Wareka p/k/a Tamara Williams, hereby demands a trial by jury in the above matter.

Dated: August 1, 2023

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*